IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KHARI JOHNSON, # 203982, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv155-F |
| | ) |
| DONAL CAMPBELL, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On December 1, 2005, the Magistrate Judge filed a Recommendation (Doc. #21) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to prosecute this action properly and to comply with the orders of this court.

Done this 23rd day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE